**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **YAZID SAJIID EL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )  **No. 3:24-cv-00498** |
| | )  **Judge Trauger** |
| **TRANSUNION, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

Plaintiff Yazid Sajiid El filed a pro se complaint including only one sentence of factual allegations that was insufficient to plead a plausible claim. The court therefore ordered the plaintiff to submit an amended complaint that complies with Federal Rule of Civil Procedure 8(a). (Doc. No. 5.) The plaintiff, however, has not responded in any way by the thirty-day deadline. Thus, this action is subject to dismissal for failure to comply with the rules of civil procedure, Fed. R. Civ. P. 8(a), and want of prosecution. *See* Fed. R. Civ. P. 41(b); *Carpenter v. City of Flint*, 723 F.3d 700, 704 (6th Cir. 2013); *Link v. Wabash R.R.*, 370 U.S. 626, 630 (1962). Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**. This form of dismissal allows the plaintiff to initiate a new civil action regarding these or other matters, subject to all applicable rules and time limits.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge